**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1006**

STARSHA M. SEWELL,

       Plaintiff - Appellant,

    v.

FIDELITY NATIONAL FINANCIAL, INCORPORATED, (Claims Department),

       Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. James K. Bredar, Chief District Judge.  (8:16-cv-00906-DKC)

Submitted:  April 6, 2018                           Decided:  April 10, 2018

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha Sewell, Appellant Pro Se.  Michael William Tompkins, FIDELITY NATIONAL LAW GROUP, Vienna, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's order construing her motion for leave to reopen this civil action as a motion for leave to file and denying the motion. We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Sewell v. Fidelity Nat'l Fin., Inc.*, No. 8:16-cv-00906-DKC (D. Md. Dec. 14, 2017).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*